Jay J. Schuttert
Nevada Bar No. 8656
Casey G. Perkins
Nevada Bar No. 12063
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: jschuttert@swlaw.com
Email: cgperkins@swlaw.com

Andrew L. Richardson (*Pro Hac Vice*)
Mary Quinn Cooper (*Pro Hac Vice*)
Harold C. Zuckerman (*Pro Hac Vice*)
McAFEE & TAFT
1717 S. Boulder, Suite 900
Tulsa, OK 74119
Telephone: (918) 587-0000
Facsimile: (918) 599-9317
Email: andrew.richardson@mcafeetaft.com
Email: maryquinn.cooper@mcafeetaft.com
Email: harold.zuckerman@mcafeetaft.com

Attorneys for Defendant
GENERAL MOTORS COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW BOYD, a Minor, By and Through RANDALL BOYD, Individually and a Parent and Natural Guardian of MATTHEW BOYD, a Minor; MARY BOYD, Individually and as Parent and Natural Guardian of MATTHEW BOYD, a Minor, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS COMPANY, a Delaware Corporation; DOE DEFENDANTS I – XX; and ROE CORPORATIONS I – XX, inclusive, <br><br> Defendants. | CASE NO. 2:12-cv-01485-JCM-GWF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs MATTHEW BOYD, a Minor, By and Through RANDALL BOYD, Individually and a Parent and Natural Guardian of MATTHEW BOYD, a Minor; and MARY BOYD, Individually and as Parent and

1  Natural Guardian of MATTHEW BOYD, a Minor, and Defendant GENERAL MOTORS
2  COMPANY, through their respective counsel of record, that this matter shall be dismissed in its
3  entirety, with prejudice.  The parties further stipulate and agree that each party shall bear their
4  own costs and attorneys' fees.

5  DATED this 31st day of January, 2014.            DATED this 31st day of January, 2014.

6  SNELL & WILMER L.L.P.                            GERALD I. GILLOCK
                                                   & ASSOCIATES

8  By: /s/ J.A.R.C.                                By: /s/ Gerald I. Gillock
     Jay J. Schuttert                                   Gerald I. Gillock
9    Nevada Bar No. 8656                                Nevada Bar No. 0051
     Casey G. Perkins                                   John C. Funk
10   Nevada Bar No. 12063                               Nevada Bar No. 9255
     3883 Howard Hughes Pkwy., Ste. 1100                428 South Fourth Street
11   Las Vegas, NV 89169                                Las Vegas, NV 89101

12   Attorneys for Defendant                           Attorneys for Plaintiffs
     GENERAL MOTORS COMPANY

14                                    **ORDER**

15  IT IS SO ORDERED February 5, 2014.

17                                                _____
                                                  UNITED STATES DISTRICT JUDGE

19  Prepared and Submitted by:
    SNELL & WILMER L.L.P.

21  /s/ J.A.R.C.
    _____
22  Jay J. Schuttert
    Nevada Bar No. 8656
    Casey G. Perkins
23  Nevada Bar No. 12063
    3883 Howard Hughes Parkway, Suite 1100
24  Las Vegas, NV 89169

25  Attorneys for Defendant
    GENERAL MOTORS COMPANY

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by electronic service (via Case Management/Electronic Case Filing) to the following:

Gerald I. Gillock, Esq.
John C. Funk, Esq.
GERALD I. GILLOCK & ASSOCIATES
428 South Fourth Street
Las Vegas, NV 89101
Telephone: (702) 385-1482
Facsimile: (702) 385-2604
Email: gillock@gmk-law.com
Attorneys for Plaintiffs

DATED this 3rd day of February, 2014.

_____
An Employee of Snell & Wilmer L.L.P.

18626632