1  Jay J. Schuttert
   Nevada Bar No. 8656
2  Casey G. Perkins
   Nevada Bar No. 12063
3  SNELL & WILMER L.L.P.
   3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
   Telephone:  (702) 784-5200
5  Facsimile:  (702) 784-5252
   Email: jschuttert@swlaw.com
6  Email: cgperkins@swlaw.com

7  Andrew L. Richardson (*Pro Hac Vice*)
   Mary Quinn Cooper (*Pro Hac Vice*)
8  Harold C. Zuckerman (*Pro Hac Vice*)
   McAFEE & TAFT
9  1717 S. Boulder, Suite 900
   Tulsa, OK 74119
10 Telephone: (918) 587-0000
   Facsimile: (918) 599-9317
11 Email: andrew.richardson@mcafeetaft.com
   Email: maryquinn.cooper@mcafeetaft.com
12 Email: harold.zuckerman@mcafeetaft.com

13 Attorneys for Defendant
   GENERAL MOTORS COMPANY

14

## UNITED STATES DISTRICT COURT

15

### DISTRICT OF NEVADA

16

| | |
|---|---|
| MATTHEW BOYD, a Minor, By and Through RANDALL BOYD, Individually and a Parent and Natural Guardian of MATTHEW BOYD, a Minor; MARY BOYD, Individually and as Parent and Natural Guardian of MATTHEW BOYD, a Minor, | CASE NO. 2:12-cv-01485-JCM-GWF |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| GENERAL MOTORS COMPANY, a Delaware Corporation; DOE DEFENDANTS I – XX; and ROE CORPORATIONS I – XX, inclusive, | |
| Defendants. | |

26      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs MATTHEW

27  BOYD, a Minor, By and Through RANDALL BOYD, Individually and a Parent and Natural

28  Guardian of MATTHEW BOYD, a Minor; and MARY BOYD, Individually and as Parent and

1   Natural Guardian of MATTHEW BOYD, a Minor, and Defendant GENERAL MOTORS

2   COMPANY, through their respective counsel of record, that this matter shall be dismissed in its

3   entirety, with prejudice.  The parties further stipulate and agree that each party shall bear their

4   own costs and attorneys' fees.

5   DATED this 31st day of January, 2014.          DATED this 31st day of January, 2014.

6          SNELL & WILMER L.L.P.                          GERALD I. GILLOCK
                                                          & ASSOCIATES
7

8   By:  _____                       By:  _____
         Jay J. Schuttert                               Gerald I. Gillock
9        Nevada Bar No. 8656                             Nevada Bar No. 0051
         Casey G. Perkins                                John C. Funk
10       Nevada Bar No. 12063                            Nevada Bar No. 9255
         3883 Howard Hughes Pkwy., Ste. 1100             428 South Fourth Street
11       Las Vegas, NV 89169                             Las Vegas, NV 89101

12       Attorneys for Defendant                         Attorneys for Plaintiffs
         GENERAL MOTORS COMPANY
13

14                               **ORDER**

15       IT IS SO ORDERED February 5, 2014.

16

17                                   _____
                                     UNITED STATES DISTRICT JUDGE
18

19  Prepared and Submitted by:
    SNELL & WILMER L.L.P.
20

21  By:  _____
    Jay J. Schuttert
22  Nevada Bar No. 8656
    Casey G. Perkins
23  Nevada Bar No. 12063
    3883 Howard Hughes Parkway, Suite 1100
24  Las Vegas, NV 89169

25  Attorneys for Defendant
    GENERAL MOTORS COMPANY
26

27

28

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** by electronic service (via Case Management/Electronic Case Filing) to the following:

Gerald I. Gillock, Esq.
John C. Funk, Esq.
GERALD I. GILLOCK & ASSOCIATES
428 South Fourth Street
Las Vegas, NV 89101
Telephone:  (702) 385-1482
Facsimile:  (702) 385-2604
Email: gillock@gmk-law.com
Attorneys for Plaintiffs

DATED this __3rd__ day of February, 2014.

An Employee of Snell & Wilmer L.L.P.

18626632

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

- 3 -